Horace W. Green (SBN 115699)
C. Mark Humbert (SBN 111093)
**GREEN & HUMBERT**
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

FILED

CB JAN 28  PM 3: 26

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendant
RELIANCE STANDARD LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

FREDERICK WRIGHT,

              Plaintiff,

     v.

RELIANCE STANDARD LIFE
INSURANCE COMPANY and DOES 1
through 50,

              Defendant.

Case No. **08         0675**

**DEFENDANT'S CERTIFICATE OF
INTERESTED ENTITIES OR PERSONS**

**MHP**

Defendant Reliance Standard Life Insurance Company hereby submits the

following Certificate of Interested Entities or Persons

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

The undersigned counsel of record for defendant Reliance Standard Life

Insurance Company certifies that the following listed parties have a direct, pecuniary

interest in the outcome of the case.  These representations are made in order to enable

the Court to make an evaluation regarding possible disqualification or recusal.

1.  Reliance Standard Life Insurance Company

2.  Reliance Standard Life Insurance Company of Texas

1         3. Delphi Financial Group, Inc.

2         4. Frederick Wright

3

4         Reliance Standard Life Insurance Company is part of Reliance Standard Life

5   Insurance Company of Texas, and is owned by Delphi Financial Group, Inc.

6

7

8   DATED: January 28, 2008                    GREEN & HUMBERT

9

10                         By: _____
                                Horace W. Green

11                         Attorneys for Defendant
                           RELIANCE STANDARD LIIFE INSURANCE

12                         COMPANY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2 STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

3       I am employed in the County of San Francisco, State of California. I am over the

4 age of 18 years and not a party to the within action; my business address is: Green &

5 Humbert, 220 Montgomery Street, Suite 438, San Francisco, California 94104.

6       On **January 28, 2008**, I served document(s) described as **CERTIFICATE OF**
**INTERESTED PARTIES** on the interested parties in this action by placing [ ] the

7 original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

8 **Attorney for Plaintiff:**
Guy O. Kornblum, Esq.

9 Guy Kornblum & Associates
1388 Sutter Street, Suite 820

10 San Francisco, CA 94109

11 [X] **BY MAIL**

12     [X] I deposited such envelope in the mail at San Francisco, California. The
    envelope was mailed with postage thereon fully prepaid.

13
    [X] I am "readily familiar" with the firm's practice of collection and processing

14     correspondence for mailing. Under that practice it would be deposited with
    U.S. Postal Service on that same day with postage thereon fully prepaid at

15     San Francisco, California in the ordinary course of business. I am aware that
    on motion of the party serviced, service is presumed invalid if postage

16     cancellation date or postage meter date is more than one day after the date
    of deposit for mailing in affidavit.

17

18 [X] **(FEDERAL)**     I declare that I am employed in the office of a member of the bar of
      this Court at whose direction the service was made. Executed at

19       San Francisco, California on **January 28, 2008**.

20
NAME: Zhong Lei

21                       (Signature)

22

23

24

25

26

27

28

---

Notice of Removal - Case No.