Horace W. Green (SBN 115699)
C. Mark Humbert (SBN 111093)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

FILED
08 JAN 28 PM 3: 25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendant
RELIANCE STANDARD LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY and DOES 1 through 50,<br><br>    Defendant. | Case No. CV 08 0675<br><br>**DEFENDANT'S CERTIFICATION OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL**<br><br>MHP |

The Notice to Superior Court of Removal filed in the Superior Court of California, County of San Mateo, as well as the Notice of Removal filed in the United States District Court, Northern District, were served on all adverse parties in this action on January 28, 2008.

DATED: January 28, 2008

GREEN & HUMBERT

By: _____
Horace W. Green

Attorneys for Defendant
RELIANCE STANDARD LIIFE INSURANCE COMPANY

---

Certification of Service of Notice to Adverse Party of Removal

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is: Green & Humbert, 220 Montgomery Street, Suite 438, San Francisco, California 94104.

On **January 28, 2008**, I served document(s) described as **DEFENDANTS' CERTIFICATION OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

**Attorney for Plaintiff:**
Guy O. Kornblum, Esq.
Guy Kornblum & Associates
1388 Sutter Street, Suite 820
San Francisco, CA  94109

[X] **BY MAIL**

   [X] I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

   [ ] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party serviced, service is presumed invalid if postage cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X] **(FEDERAL)**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed at San Francisco, California on **January 28, 2008**.

NAME: Zhong Lei

_____
(Signature)