Guy Kornblum & Associates
ATTORNEYS

GUY O. KORNBLUM (39974)
MARIA T. MANNING (239830)
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898

Attorneys for Plaintiff
FREDERICK WRIGHT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FREDERICK WRIGHT,<br><br>          Plaintiff,<br><br>    v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY and DOES 1 THROUGH 50, inclusive,<br><br>          Defendants. | NO. 3:08-cv-00675 MHP<br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL** |

**PLAINTIFF'S DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury in this matter on all causes as provided by Rule 38 (a) and (b) of the Federal Rules of Civil Procedure. In making this demand, Plaintiff expressly reserves his right to seek remand.

DATED: February 1, 2008

                            GUY KORNBLUM & ASSOCIATES

                            By     /S/ Maria T. Manning
                                MARIA T. MANNING
                                Attorneys for Plaintiff