

Horace W. Green (SBN 115699)
C. Mark Humbert (SBN 111093)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

Attorneys for Defendant
RELIANCE STANDARD LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WRIGHT, | ) Case No. C 08-00675 MHP |
| Plaintiff, | ) |
| | ) **COUNTERCLAIM FOR BREACH OF** |
| v. | ) **CONTRACT, COMMON COUNTS, AND** |
| | ) **FOR UNJUST ENRICHMENT** |
| RELIANCE STANDARD LIFE | ) |
| INSURANCE COMPANY and DOES 1 | ) |
| through 50, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |
| RELIANCE STANDARD LIFE | ) |
| INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Counterclaimant, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| FREDERICK WRIGHT, | ) |
| | ) |
| Counterdefendant | ) |
| _____ | ) |

Defendant and Counterclaimant Reliance Standard Life Insurance Company

hereby alleges the following counterclaim against Plaintiff and Counterdefendant

Frederick Wright:

1.      Counterclaimant Reliance Standard Life Insurance Company ("Reliance") is, and at all times material hereto was, a corporation duly organized and existing under and pursuant to the laws of the State of Illinois, with its principal place of business in Pennsylvania. Reliance is authorized to do business in California. Reliance issues, *inter alia*, group long term disability insurance policies.

2.      Counterdefendant Frederick Wright ("Wright") is an individual, whom Reliance is informed and believes, and based thereon alleges, lives in the City of El Granada, within the County of San Mateo, and within the jurisdiction of this Court.

### FACTUAL BACKGROUND AND ALLEGATIONS

3.      Effective January 1, 2000, Reliance issued its Group Long Term Disability Policy Number LSC 103976 ("the Policy") to policyholder the City of Vallejo ("the Contract"). A true and correct copy of The Contract is attached as Exhibit "A" hereto. The Contract provided, *inter alia*, for payment of long term disability benefits to eligible employees of the City of Vallejo in the gross amount of 66 2/3 % of Covered Monthly Earnings, payable in accordance with the section entitled "Benefit Amount," up to a maximum monthly benefit of $7,000.

4.      The Contract also contains the following clauses:

       "**BENEFIT AMOUNT**

       To figure the benefit amount payable:

       (1)      multiply an Insured's Covered Monthly Earnings by the benefit percentage(s), as shown on the Schedule of Benefits page:

       (2)      take the lesser of the amount:

       (a) of step (1) above; or

       (b) the Maximum Monthly Benefit, as shown on the Schedule of Benefits page; and

       (3)      subtract Other Income Benefits, as shown below, from step (2) above.

       We will pay at least the Minimum Monthly Benefit, if any, as shown on the Schedule of Benefits page.

## OTHER INCOME BENEFITS

Other Income Benefits are benefits resulting from the same Total Disability for which a Monthly Benefit is payable under this Policy.  These Other Income Benefits are:

[*     *     *     *]

(2)     disability income benefits an Insured is eligible to receive under any government retirement system, except benefits payable under a federal government employee pension benefit;

(3)     disability income benefits an Insured is eligible to receive under

(a)     Worker's Compensation Laws;

(b)     occupational disease law;

(c)     any other laws of like intent as (a) or (b) above; and

(d)     any compulsory benefit law

[*     *     *     *]

(6)     disability or Retirement benefits under the United States Social Security Act, the Canadian pension plans, federal or provincial plans, or any similar law for which:

(a)     an Insured is eligible to receive because of his/her total Disability or eligibility for Retirement Benefits; and

(b)     an Insured's dependants are eligible to receive due to (a) above.

[*     *     *     *]

Benefits above will be estimated if the benefits:

(1)     have not been applied for; or

(2)     have not been awarded; and

-3-

Counterclaim for Breach of Contract, Common Counts, and Unjust Enrichment – Case No. C 08-00675 MHP

(3)    have been denied and the denial is being appealed

The Monthly Benefit will be reduced by the estimated amount.  If benefits have been estimated, the Monthly Benefit will be adjusted when we receive proof:

(1)    of the amount awarded; or

(2)    that benefits have been denied and the denial cannot be further appealed.

If we have underpaid the Monthly Benefit for any reason, we will make a lump sum payment.  If we have overpaid the Monthly Benefit for any reason, the overpayment must be repaid to us.  At our option, we may reduce the Monthly Benefit or ask for a lump sum refund."

5.    On or about October 2003, Reliance received from the City of Vallejo a claim for disability benefits submitted on behalf of Wright.  In or about December 2003, Reliance notified Wright that his claim for long term disability benefits under The Contract had been approved, and that his monthly benefit would be the Maximum Monthly Benefit of $7,000.  A true and correct copy of this letter is attached as Exhibit "B" hereto.   Reliance paid long term disability benefits to Wright from October 2003 until March 2006 in the amount of $168,523.06 (which amount included deductions for estimated Social Security benefits).

6.    Effective October 2003, Wright also began receiving benefits under the CalPERS system in the monthly amount of $2,559.30.  This amount, although defined under The Contract as an "Other Income Benefit", was never deducted from the disability benefits paid to Wright during the period October 2003 – March 2006.  This created an overpayment of benefits to Wright in the amount of $51,816.48.

7.    Upon recalculation, Reliance discovered its mistake in making the overpayments under The Contract, and contacted Wright and requested that such payments be returned.  Wright declined to make such repayment and has made no such repayment.

8.      Reliance has performed all of its obligations under The Contract.

**FIRST CAUSE OF ACTION – BREACH OF WRITTEN CONTRACT**

9.      Reliance refers to paragraphs 1 through 8 above, and incorporates them herein as if fully set forth.

10.     Under the terms of The Contract, Wright was only entitled to receive the amount of $4,048.51 per month, for a period of 29 months.  Instead, as alleged above, Wright received, without informing Reliance thereof, the amount of $7,000 per month (less deductions for estimated Social Security benefits), for a total overpayment of $51,816.48.

11.     Wright is obligated by the terms of The Contract, implicitly and/or explicitly, to return said overpayment.

12.     Reliance has performed all of its obligations pursuant to The Contract.

WHEREFORE, Reliance seeks relief as is hereinafter set forth.

**SECOND CAUSE OF ACTION – MONEY HAD AND RECEIVED**

13.     Reliance refers to paragraphs 1 through 8 above, and incorporates them herein as if fully set forth.

14.     Within the last 5 years, Wright became indebted to Reliance in the sum of $51,816.48, for money had and received by Wright that was in fact the property of Reliance.

15.     Reliance has repeatedly demanded payment of Wright.  The last demand was made on or about May 2007.

16.     No payment has been made by Wright to Reliance, and there is now due and owing by Wright to Reliance the sum of $51,816.48, with pre-judgment interest thereon at the applicable rate.

17.     The Contract on which this action is based is a contract on a book account.  Section 1717.5 of the California Civil Code provides that in the event legal action is taken to enforce collection on such an account, the prevailing party on the contract is entitled to recover reasonable attorney's fees.  Reliance will submit proof of

its reasonable attorney's fees upon an award in its favor under the referenced code section.

WHEREFORE, Reliance seeks relief as is hereinafter set forth.

**THIRD CAUSE OF ACTION – RECOVERY OF MONEY PAID BY MISTAKE**

18.     Reliance refers to paragraphs 1 through 8 above, and incorporates them herein as if fully set forth.

19.     Reliance has repeatedly demanded payment by Wright of the mistaken overpayment. The last demand was made on or about May 2007.

20.     No payment has been made by Wright to Reliance, and there is now due and owing by Wright to Reliance the sum of $51,816.48, with interest thereon at the applicable rate.

WHEREFORE, Reliance seeks relief as is hereinafter set forth.

**FOURTH CAUSE OF ACTION – UNJUST ENRICHMENT/RESTITUTION**

21.     Reliance refers to paragraphs 1 through 8 above, and incorporates them herein as if fully set forth.

22.     As a result of Reliance's mistaken overpayment of benefits to Wright, of which mistake Wright was aware as he received said monies, Wright has been unjustly enriched in the sum of $51,816.48, and is obligated therefore to make restitution to Reliance in said amount.

WHEREFORE, Reliance prays for judgment as follows:

1.     For all damages permissible under the Contract, or the sum of $51,816.48;

2.     For money had and received and for money mistakenly paid to Counterdefendant in the amount of $51,816.48;

3.     For an order of the Court requiring restitution by Counterdefendant to Counterclaimant of the amount of $51,816.48;

4.     For other consequential damages according to proof;

5.     For attorney's fees and costs pursuant to California Civil Code section 1717.5; and

6. For such other and further relief as the Court may deem proper, including interest on the amount due at the applicable rate.

DATED: February 19, 2008 GREEN & HUMBERT

By: __/s/ Horace W. Green____
Horace W. Green

Attorneys for Defendant
RELIANCE STANDARD LIIFE INSURANCE
COMPANY

# EXHIBIT A

# Reliance Standard Life Insurance Company

Home Office: Chicago, Illinois • Administrative Office: Philadelphia, Pennsylvania

**POLICYHOLDER:** City of Vallejo

**POLICY NUMBER:** LSC 103976

**EFFECTIVE DATE:** January 1, 2000

**ANNIVERSARY DATES:** January 1, 2001 and each January 1 thereafter

**PREMIUM DUE DATES:** The first Premium is due on the Effective Date. Further Premiums are due monthly, in advance, on the first day of each month.

This Policy is delivered in California and is governed by its laws.

Reliance Standard Life Insurance Company is referred to as "we", "our" or "us" in this Policy.

The Policyholder and any subsidiaries, divisions or affiliates are referred to as "you", "your" or "yours" in this Policy.

We agree to provide insurance to you in exchange for the payment of Premium and a signed Application. This Policy provides income replacement benefits for Total Disability from Sickness or Injury. It insures those Eligible Persons for the Monthly Benefit shown on the Schedule of Benefits. The insurance is subject to the terms and conditions of this Policy.

The Effective Date of this Policy is shown above. This Policy stays in effect as long as Premium is paid when due. The "TERMINATION OF THIS POLICY" section of the GENERAL PROVISIONS explains when the insurance terminates.

This Policy is signed by our President and Secretary.

SECRETARY

PRESIDENT

Countersigned _____

Licensed Resident Agent

**GROUP LONG TERM DISABILITY INSURANCE**
**NON-PARTICIPATING**

LRS-6564 Ed. 2/83

AR 212

CITY OF VALSC103976 00

AR 213

**RELIANCE STANDARD LIFE INSURANCE COMPANY**
Home Office: Chicago, Illinois
Administrative Office: Philadelphia, Pennsylvania

**GROUP POLICY NUMBER:** LSC 103976

**POLICY EFFECTIVE DATE:** January 1, 2000

**POLICY DELIVERED IN:** California

**ANNIVERSARY DATE:** January 1 in each year

Application is made to us by: City of Vallejo

This Application is completed in duplicate, one copy to be attached to your Policy and the other returned to us.

It is agreed that this Application takes the place of any previous application for your Policy.

Signed at _____ this _____ day of _____.

Policyholder: _____. Agent: _____

By: _____ _____
(Signature) (Licensed Resident Agent)

_____
(Title)

Please sign and return.

LRS-6564-1 Ed. 2/83

AR 214

## RELIANCE STANDARD LIFE INSURANCE COMPANY
Home Office: Chicago, Illinois
Administrative Office: Philadelphia, Pennsylvania

**GROUP POLICY NUMBER:** LSC 103976

**POLICY EFFECTIVE DATE:** January 1, 2000

**POLICY DELIVERED IN:** California

**ANNIVERSARY DATE:** January 1 in each year

Application is made to us by: City of Vallejo

This Application is completed in duplicate, one copy to be attached to your Policy and the other returned to us.

It is agreed that this Application takes the place of any previous application for your Policy.

Signed at _____ this _____ day of _____.

. Policyholder: _____    Agent: _____

By: _____              _____

       (Signature)                          (Licensed Resident Agent)

_____

       (Title)

LRS-6564-1 Ed. 2/83

AR 215

## TABLE OF CONTENTS

| | Page |
|---|---|
| SCHEDULE OF BENEFITS | 1.0 |
| DEFINITIONS | 2.0 |
| CERTAIN RESPONSIBILITIES OF THE POLICYHOLDER | 3.0 |
| GENERAL PROVISIONS | 4.0 |
|    Entire Contract; Changes | |
|    Time Limit On Certain Defenses | |
|    Records Maintained | |
|    Clerical Error | |
|    Misstatement Of Age | |
|    Not In Lieu Of Worker's Compensation | |
|    Conformity With State Laws | |
|    Certificate Of Insurance | |
|    Cancellation | |
| CLAIMS PROVISIONS | 5.0 |
|    Notice Of Claim | |
|    Claim Forms | |
|    Proof Of Loss | |
|    Time Of Payment Of Claims | |
|    Payment Of Claims | |
|    Arbitration of Claims | |
|    Physical Examination And Autopsy | |
|    Commission Of A Felony | |
|    Legal Actions | |
| INDIVIDUAL ELIGIBILITY, EFFECTIVE DATE AND TERMINATION | 6.0 |
|    General Group | |
|    Eligibility Requirements | |
|    Effective Date Of Individual Insurance | |
|    Termination Of Individual Insurance | |
|    Individual Reinstatement | |
| PREMIUMS | 7.0 |
| BENEFIT PROVISIONS | 8.0 |
| EXCLUSIONS | 9.0 |
| LIMITATIONS | 10.0 |
| SPECIFIC INDEMNITY BENEFIT | 11.0 |
| SURVIVOR BENEFIT — LUMP SUM | 12.0 |
| WORK INCENTIVE AND CHILD CARE BENEFITS | 13.0 |
| CONVERSION PRIVILEGE | 14.0 |
| FAMILY AND MEDICAL LEAVE OF ABSENCE BENEFIT | 15.0 |
| REHABILITATION BENEFIT | 16.0 |

LRS-6564-2 Ed. 2/83

AR 216

## SCHEDULE OF BENEFITS

NAME OF SUBSIDIARIES, DIVISIONS OR AFFILIATES TO BE COVERED: None

ELIGIBLE CLASSES:  Each active, Full-time employee except any person employed on a temporary or seasonal basis, according to the following classifications:

CLASS 1: Executive Director (City Manager, Assistant City Manager, Public Works Director, Police Chief, Fire Chief, Human Resources Director, Development Services Director, Community Development Director, City Attorney,  Finance Director, City Manager, Secretary to the Mayor)

CLASS 2: Employee not in Class 1, excluding all other sworn Safety Officers with a minimum of 180 days of continuous service with the working employer

INDIVIDUAL EFFECTIVE DATE:  The first of the Policy month coinciding with or next following the day the person becomes eligible.

INDIVIDUAL REINSTATEMENT: not applicable

MINIMUM PARTICIPATION REQUIREMENTS: Percentage: 100% Number of Insureds: 10

<u>LONG TERM DISABILITY BENEFIT</u>

ELIMINATION PERIOD: 60 consecutive days of Total Disability.

MONTHLY BENEFIT:  The Monthly Benefit is an amount equal to:

CLASS 1: 66-2/3% of Covered Monthly Earnings, payable in accordance with the section entitled Benefit Amount.

CLASS 2: 60% of Covered Monthly Earnings, payable in accordance with the section entitled Benefit Amount.

MINIMUM MONTHLY BENEFIT:  In no event will the Monthly Benefit payable to an Insured be less than $100.00

MAXIMUM MONTHLY BENEFIT:

CLASS 1: $7,000.00 (this is equal to a maximum Covered Monthly Earnings of $10,499.00).

CLASS 2: $5,500.00 (this is equal to a maximum Covered Monthly Earnings of $9,167.00).

MAXIMUM DURATION OF BENEFITS:  Benefits will not accrue beyond the longer of: the Duration of Benefits; or Normal Retirement Age; specified below:

| Age at Disablement | Duration of Benefits (in years) |
|---|---|
| 61 or less | To Age 65 |
| 62 | 3-1/2 |
| 63 | 3 |
| 64 | 2-1/2 |
| 65 | 2 |
| 66 | 1-3/4 |
| 67 | 1-1/2 |
| 68 | 1-1/4 |
| 69 or more | 1 |

OR

Normal Retirement Age as defined by the 1983 Amendments to the United States Social Security Act and determined by the Insured's year of birth, as follows:

| Year of Birth | Normal Retirement Age |
|---|---|
| 1937 or before | 65 years |
| 1938 | 65 years and 2 months |
| 1939 | 65 years and 4 months |
| 1940 | 65 years and 6 months |
| 1941 | 65 years and 8 months |
| 1942 | 65 years and 10 months |
| 1943 thru 1954 | 66 years |
| 1955 | 66 years and 2 months |
| 1956 | 66 years and 4 months |
| 1957 | 66 years and 6 months |
| 1958 | 66 years and 8 months |
| 1959 | 66 years and 10 months |
| 1960 and after | 67 years |

CHANGES IN MONTHLY BENEFIT:  Increases in the Monthly Benefit are effective on the date of the change, provided the Insured is Actively at Work on the effective date of the change. If the Insured is not Actively at Work on that date, the effective date of the change will be deferred until the date the Insured returns to Active Work.

Decreases in the Monthly Benefit are effective on the date the change occurs.

CONTRIBUTIONS:  Insured: 0%

LRS-6564-3-0690     1.1     **AR 218**

## DEFINITIONS

"Actively at Work" and "Active Work" mean actually performing on a Full-time basis the material duties pertaining to his/her job in the place where and the manner in which the job is normally performed. This includes approved time off such as vacation, jury duty and funeral leave, but does not include time off as a result of an Injury or Sickness.

"Claimant" means an Insured who makes a claim for benefits under this Policy for a loss covered by this Policy as a result of an Injury to or a Sickness of the Insured.

"Covered Monthly Earnings" means the Insured's monthly salary received from you on the day just before the date of Total Disability, prior to any deductions to a 401(k) plan. Covered Monthly Earnings do not include commissions, overtime pay, bonuses or any other special compensation not received as Covered Monthly Earnings.

If hourly paid employees are insured, the number of hours worked during a regular work week, not to exceed forty (40) hours per week, times 4.333, will be used to determine Covered Monthly Earnings. If an employee is paid on an annual basis, then the Covered Monthly Earnings will be determined by dividing the basic annual salary by 12.

"Eligible Person" means a person who meets the Eligibility Requirements of this Policy.

"Elimination Period" means a period of consecutive days of Total Disability, as shown on the Schedule of Benefits page, for which no benefit is payable. It begins on the first day of Total Disability.

Interruption Period: If, during the Elimination Period, an Insured returns to Active Work for less than 30 days, then the same or related Total Disability will be treated as continuous. Days that the Insured is Actively at Work during this interruption period will not count towards the Elimination Period. This interruption of the Elimination Period will not apply to an Insured who becomes eligible under any other group long term disability insurance plan.

"Full-time" means working for you for a minimum of 30 hours during a person's regular work week.

"Hospital" or "Institution" means a facility licensed to provide care and treatment for the condition causing the Insured's Total Disability.

"Injury" means bodily injury resulting directly from an accident, independent of all other causes. The Injury must cause Total Disability which begins while insurance coverage is in effect for the Insured.

"Insured" means a person who meets the Eligibility Requirements of this Policy and is enrolled for this insurance.

"Physician" means a duly licensed practitioner who is recognized by the law of the state in which treatment is received as qualified to treat the type of Injury or Sickness for which claim is made. The Physician may not be the Insured or a member of his/her immediate family.

"Pre-existing Condition" means any Sickness or Injury for which the Insured received medical treatment, consultation, care or services, including diagnostic procedures, or took prescribed drugs or medicines, during the 3 months immediately prior to the Insured's effective date of insurance.

"Premium" means the amount of money needed to keep this Policy in force.

"Retirement Benefits" mean money which the Insured is entitled to receive upon early or normal retirement or disability retirement under:

    (1)    any plan of a state, county or municipal retirement system, if such pension benefits include any credit for employment with you;

    (2)    Retirement Benefits under the United States Social Security Act of 1935, as amended, or under any similar plan or act; or

    (3)    an employer's retirement plan where payments are made in a lump sum or periodically and do not represent contributions made by an Insured.

Retirement Benefits do not include:

    (1)    a federal government employee pension benefit;

    (2)    a thrift plan;

(3)   a deferred compensation plan;
(4)   an individual retirement account (IRA);
(5)   a tax sheltered annuity (TSA);
(6)   a stock ownership plan; or
(7)   a profit sharing plan.

"Sickness" means illness or disease causing Total Disability which begins while insurance coverage is in effect for the Insured. Sickness includes pregnancy, childbirth, miscarriage or abortion, or any complications therefrom.

"Totally Disabled" and "Total Disability" mean, that as a result of an Injury or Sickness:
(1)   during the Elimination Period and for the first 24 months for which a Monthly Benefit is payable, an Insured cannot perform the material duties of his/her regular occupation;
  (a)   "Partially Disabled" and "Partial Disability" mean that as a result of an Injury or Sickness an Insured is capable of performing the material duties of his/her regular occupation on a part-time basis or some of the material duties on a full-time basis. An Insured who is Partially Disabled will be considered Totally Disabled, except during the Elimination Period;
  (b)   "Residual Disability" means being Partially Disabled during the Elimination Period. Residual Disability will be considered Total Disability; and
(2)   after a Monthly Benefit has been paid for 24 months, an Insured cannot perform the material duties of any occupation. Any occupation is one that the Insured's education, training or experience will reasonably allow. We consider the Insured Totally Disabled if due to an Injury or Sickness he or she is capable of only performing the material duties on a part-time basis or part of the material duties on a Full-time basis.

If an Insured is employed by you and requires a license for such occupation, the loss of such license for any reason does not in and of itself constitute "Total Disability".

## CERTAIN RESPONSIBILITIES OF THE POLICYHOLDER

For the purposes of this Policy, you act on your behalf or as the employee's agent. Under no circumstances will you be deemed our agent.

### Compliance With Americans With Disabilities Act (ADA)

It is your responsibility to establish and maintain procedures which comply with the employer responsibilities of the Americans With Disabilities Act of 1990, as amended.

### Distribution Of Certificates Of Insurance

A Certificate of Insurance will be provided to you for each Insured covered under this Policy.  The Certificate will outline the insurance coverage, and explain the provisions, benefits and limitations of this Policy. It is your responsibility to distribute the appropriate Certificates and any updates or other notices from us to each Insured.

### Maintenance Of Records

It is your responsibility to maintain sufficient records of each Insured's insurance, including additions, terminations and changes. We reserve the right to examine these records at the place where they are kept during normal business hours or at a place mutually agreeable to you and us.  Such records must be maintained by you for at least 3 years after this Policy terminates.

### Notice Of Conversion

It is your responsibility to provide timely notice to each Insured whose insurance under this Policy terminates of any right to convert to an individual policy.

### Reporting Of Eligibility And Coverage Amounts

It is your responsibility to notify us on a timely basis of all individuals eligible for coverage under this Policy, of all individuals whose eligibility for coverage ends and of all changes in individual coverage amounts.

It is your responsibility to provide accurate census and salary information on all Insureds on or before each Anniversary Date, if we request such information.

### Timely Payment Of Premiums

It is your responsibility to pay all premiums required under this Policy when due. Any change in the premium contribution basis must be approved by us.

## GENERAL PROVISIONS

**ENTIRE CONTRACT; CHANGES:** This Policy, your Application, and any attached amendments constitute the entire contract between you and us. Any statement made by you will, in the absence of fraud be deemed a representation, not a warranty. No statement by an Insured will be used in defense of a claim under this Policy. No agent has authority to change or waive any part of this Policy. To be valid, any change or waiver must be in writing, signed by either our President, a Vice President, or a Secretary. The change or waiver must also be endorsed on or attached to this Policy.

**TIME LIMIT ON CERTAIN DEFENSES:** After this Policy has been in force for three (3) years, no statement made by you in the application, and no statement relating to insurability by an Insured will be used: (i) to deny a claim; or (ii) in contesting the validity of insurance.

No claim for Total Disability which begins after three (3) years from the Effective Date, will be reduced or denied on the ground that a disease or physical condition existed prior to the Effective Date. This does not apply if the disease or physical condition was excluded by name or specific description on the date of loss.

**RECORDS MAINTAINED:** You must maintain records of all Insureds. Such records must show the essential data of the insurance, including new persons, terminations, changes, etc. This information must be reported to us regularly. We reserve the right to examine the insurance records maintained at the place where they are kept. This review will only take place during normal business hours.

**CLERICAL ERROR:** Clerical errors in connection with this Policy or delays in keeping records for this Policy, whether by you, us, or the Plan Administrator:

   (1)   will not terminate insurance that would otherwise have been effective; and
   (2)   will not continue insurance that would otherwise have ceased or should not have been in effect.

If appropriate, a fair adjustment of premium will be made to correct a clerical error.

**MISSTATEMENT OF AGE:** If an Insured's age is misstated, the Premium will be adjusted. If the Insured's benefit is affected by the misstated age, it will also be adjusted. The benefit will be changed to the amount the Insured is entitled to at his/her correct age.

**NOT IN LIEU OF WORKER'S COMPENSATION:** This Policy is not a Worker's Compensation Policy. It does not provide Worker's Compensation benefits.

**CONFORMITY WITH STATE LAWS:** Any section of this Policy, which on its Effective Date, conflicts with the laws of the state in which this Policy is issued, is amended by this provision. This Policy is amended to meet the minimum requirements of those laws.

**CERTIFICATE OF INSURANCE:** We will send to you an individual certificate for each Insured. The certificate will outline the insurance coverage, state this Policy's provisions that affect the Insured, and explain to whom benefits are payable.

**CANCELLATION:** You may cancel this Policy at any time by giving us written notice. This Policy will be cancelled on the date we receive your notice or, if later, the date requested in your notice.

We may cancel this Policy at any time by written notice to you at least 31 days prior to the date of cancellation.

You must pay us any Premium that is not paid up to the date this Policy is cancelled. We will return, pro-rata, any part of the Premium paid beyond the date this Policy is cancelled.

Cancellation of this Policy will not affect any claim which began prior to cancellation, subject to the terms and conditions of this Policy.

## CLAIMS PROVISIONS

**NOTICE OF CLAIM:** Written notice must be given to us within ninety (90) days after a Total Disability covered by this Policy occurs, or as soon as reasonably possible. The notice should be sent to us at our Administrative Office or to our authorized agent. The notice should include information sufficient to identify the Insured.

**CLAIM FORMS:** When we receive the notice of claim, we will send the Claimant the claim forms to file with us. We will send them within fifteen (15) days after we receive notice. If we do not, then proof of loss will be met by giving us a written statement of the type and extent of the loss. The statement must be sent within ninety (90) days after the loss began.

**PROOF OF LOSS:** For any Total Disability covered by this Policy, which provides for periodic payment based upon continuing Total Disability, written proof must be sent to us within ninety (90) days after the Total Disability occurs. If it is not reasonably possible to give proof within ninety (90) days, the claim is not affected if the proof is sent as soon as possible. In any event, proof must be given within one (1) year after the Total Disability occurs, unless the Claimant is legally incapable of doing so.

**TIME OF PAYMENT OF CLAIMS:** When we receive written proof of Total Disability covered by this Policy, as well as any additional information needed to determine that a valid claim exists, we will pay any benefits due within thirty (30) days. If benefits are not paid within thirty (30) days, we will pay interest at the rate of 10% per year, beginning on the 31st day, until the claim is paid. Benefits that provide for periodic payment will be paid for each period as we become liable.

**PAYMENT OF CLAIMS:** We will pay benefits to the Insured, if living, or else to his/her estate.

If the Insured has died and we have not paid all benefits due, we may pay up to $1,000.00 to any relative by blood or marriage. The payment will only be made to persons entitled to it. An expense incurred as a result of the Insured's last illness, death or burial will entitle a person to this payment. We will not be liable for any payment we have made in good faith.

The claims review fiduciary has the discretionary authority to interpret the Plan and the insurance policy and to determine eligibility for benefits. Decisions by the claims review fiduciary shall be complete, final and binding on all parties. We shall serve as the claims review fiduciary with respect to the insurance policy and the Plan.

**ARBITRATION OF CLAIMS:** Any claim or dispute arising from or relating to our determination regarding the Insured's Total Disability may be settled by arbitration when agreed to by the Insured and us in accordance with the Rules for Health and Accident Claims of the American Arbitration Association or by any other method agreeable to the Insured and us. In the case of a claim under an Employee Retirement Income Security Act (hereinafter referred to as ERISA) Plan, the Insured's ERISA claim appeal remedies, if applicable, must be exhausted before the claim may be submitted to arbitration. Judgment upon the award rendered by the arbitrators may be entered in any court having jurisdiction over such awards.

Unless otherwise agreed to by the Insured and us, any such award will be binding on the Insured and us for a period of twelve (12) months after it is rendered assuming that the award is not based on fraudulent information and the Insured continues to be Totally Disabled. At the end of such twelve (12) month period, the issue of Total Disability may again be submitted to arbitration in accordance with this provision.

Any costs of said arbitration proceedings levied by the American Arbitration Association or the organization or person(s) conducting the proceedings will be paid by us.

**PHYSICAL EXAMINATION AND AUTOPSY:** We, at our expense, have the right to have an Insured examined to determine the existence of any Total Disability which is the basis for a claim. This right may be used when and as often as it is reasonably required while a claim is pending.

We can have an autopsy made in case of death, unless prohibited by law.

**COMMISSION OF A FELONY:** We will not pay a Monthly Benefit for any Total Disability to which a contributing cause was the Insured committing or attempting to commit a felony.

**LEGAL ACTIONS:** No legal action may be brought against us to recover on this Policy within sixty (60) days after written proof of loss has been given as required by this Policy.  No action may be brought after three (3) years from the time written proof of loss is required to be furnished.

## INDIVIDUAL ELIGIBILITY, EFFECTIVE DATE AND TERMINATION

**GENERAL GROUP:** The general group will be your employees and employees of any subsidiaries, divisions or affiliates named on the Schedule of Benefits page.

**ELIGIBILITY REQUIREMENTS:** A person is eligible for insurance under this Policy if he/she is a member of an Eligible Class, as shown on the Schedule of Benefits page.

**EFFECTIVE DATE OF INDIVIDUAL INSURANCE:** If you pay the entire Premium due for an Eligible Person, the insurance for such Eligible Person will go into effect on the Individual Effective Date, as shown on the Schedule of Benefits page.

If an Eligible Person pays a part of the Premium, he/she must apply in writing for the insurance to go into effect. He/she will become insured on the latest of:

    (1)  the Individual Effective Date as shown on the Schedule of Benefits page, if he/she applies on or before that date;

    (2)  on the date he/she applies, if he/she applies within thirty-one (31) days from the date he/she first met the Eligibility Requirements; or

    (3)  on the date we approve any required proof of health acceptable to us. We require this proof if a person applies:

        (a)  after thirty-one (31) days from the date he/she first met the Eligibility Requirements; or

        (b)  after he/she terminated this insurance but remained in an Eligible Class as shown on the Schedule of Benefits page.

The insurance for an Eligible Person will not go into effect on a date he/she is not Actively at Work because of a Sickness or Injury. The insurance will go into effect after the person is Actively at Work for one (1) full day in an Eligible Class, as shown on the Schedule of Benefits page.

**TERMINATION OF INDIVIDUAL INSURANCE:** The insurance of an Insured will terminate on the first of the following to occur:

    (1)  the date this Policy terminates;

    (2)  the date the Insured ceases to meet the Eligibility Requirements;

    (3)  the end of the period for which Premium has been paid for the Insured; or

    (4)  the date the Insured enters military service (not including Reserve or National Guard).

**INDIVIDUAL REINSTATEMENT:** The insurance of a terminated person may be reinstated if he/she returns to Active Work with you within the period of time as shown on the Schedule of Benefits page. He/she must also be a member of an Eligible Class, as shown on the Schedule of Benefits page, and have been:

    (1)  on a leave of absence approved by you; or

    (2)  on temporary lay-off.

The person will not be required to fulfill the Eligibility Requirements of this Policy again. The insurance will go into effect after he/she returns to Active Work for one (1) full day. If a person returns after having resigned or having been discharged, he/she will be required to fulfill the Eligibility Requirements of this Policy again. If a person returns after terminating insurance at his/her request or for failure to pay Premium when due, proof of health acceptable to us must be submitted before he/she may be reinstated.

## PREMIUMS

**PREMIUM PAYMENT:** All Premiums are to be paid by you to us, or to an authorized agent, on or before the due date. The Premium Due Dates are stated on this Policy's face page.

**PREMIUM RATE:** The Premium due will be the rate per $100.00 of the entire amount of Covered Monthly Earnings then in force. We will furnish to you the Premium Rate on this Policy's Effective Date and when it is changed. We have the right to change the Premium Rate:

    (1)    when the extent of coverage is changed by amendment;

    (2)    on any Premium Due Date after the second Policy Anniversary; or

    (3)    on any Premium Due Date on or after the first Policy Anniversary if your entire group's Covered Monthly Earnings changes by 25% or more from such group's Covered Monthly Earnings on this Policy's Effective Date.

We will not change the Premium Rate due to (2) or (3) above more than once in any twelve (12) month period. We will tell you in writing at least 31 days before the date of a change due to (2) or (3) above.

**GRACE PERIOD:** You may pay the Premium up to 31 days after the date it is due. This Policy stays in force during this time. If the Premium is not paid during the grace period, this Policy will terminate. You will still owe us the Premium up to the date this Policy terminates.

**WAIVER OF PREMIUM:** No Premium is due us for an Insured while he/she is receiving Monthly Benefits from us. Once Monthly Benefits cease due to the end of his/her Total Disability, Premium payments must begin again if insurance is to continue.

## BENEFIT PROVISIONS

**INSURING CLAUSE:** We will pay a Monthly Benefit if an Insured:
- (1)   is Totally Disabled as the result of a Sickness or Injury covered by this Policy;
- (2)   is under the regular care of a Physician;
- (3)   has completed the Elimination Period; and
- (4)   submits satisfactory proof of Total Disability to us.

**BENEFIT AMOUNT:**  To figure the benefit amount payable:
- (1)   multiply an Insured's Covered Monthly Earnings by the benefit percentage(s), as shown on the Schedule of Benefits page;
- (2)   take the lesser of the amount:
  - (a)   of step (1) above; or
  - (b)   the Maximum Monthly Benefit, as shown on the Schedule of Benefits page; and
- (3)   subtract Other Income Benefits, as shown below, from step (2) above.

We will pay at least the Minimum Monthly Benefit, if any, as shown on the Schedule of Benefits page.

**OTHER INCOME BENEFITS:** Other Income Benefits are benefits resulting from the same Total Disability for which a Monthly Benefit is payable under this Policy.  These Other Income Benefits are:
- (1)   disability income benefits an Insured is eligible to receive under any group insurance plan(s);
- (2)   disability income benefits an Insured is eligible to receive under any governmental retirement system, except benefits payable under a federal government employee pension benefit;
- (3)   disability income benefits an Insured is eligible to receive under:
  - (a)   Worker's Compensation Laws;
  - (b)   occupational disease law;
  - (c)   any other laws of like intent as (a) or (b) above; and
  - (d)   any compulsory benefit law;
- (4)   any of the following that the Insured is entitled to receive from you:
  - (a)   wages, excluding the amount allowable under the Rehabilitation Provision; and
  - (b)   commissions or monies, including vested renewal commissions, but, excluding commissions or monies that the Insured earned prior to Total Disability which are paid after Total Disability has begun;
- (5)   that part of disability or Retirement Benefits paid for by you that an Insured is eligible to receive under a group retirement plan; and
- (6)   disability or Retirement Benefits under the United States Social Security Act, the Canadian pension plans, federal or provincial plans, or any similar law for which:
  - (a)   an Insured is eligible to receive because of his/her Total Disability or eligibility for Retirement Benefits; and
  - (b)   an Insured's dependents are eligible to receive due to (a) above.

Disability and early Retirement Benefits will be offset only if such benefits are elected by the Insured or do not reduce the amount of his/her accrued normal Retirement Benefits then funded.

Retirement Benefits under number 6 above will not apply to disabilities which begin after age 70 for those Insureds already receiving Social Security Retirement Benefits while continuing to work beyond age 70.

Benefits above will be estimated if the benefits:
- (1)   have not been applied for; or
- (2)   have not been awarded; and
- (3)   have been denied and the denial is being appealed.

The Monthly Benefit will be reduced by the estimated amount. If benefits have been estimated, the Monthly Benefit will be adjusted when we receive proof:
- (1)   of the amount awarded; or
- (2)   that benefits have been denied and the denial cannot be further appealed.

If we have underpaid the Monthly Benefit for any reason, we will make a lump sum payment. If we have overpaid the Monthly Benefit for any reason, the overpayment must be repaid to us. At our option, we may reduce the Monthly Benefit

or ask for a lump sum refund. If we reduce the Monthly Benefit, the Minimum Monthly Benefit, if any, as shown on the Schedule of Benefits page, would not apply.

For each day of a period of Total Disability less than a full month, the amount payable will be 1/30th of the Monthly Benefit.

**COST OF LIVING FREEZE:** After the initial deduction for any Other Income Benefits, the Monthly Benefit will not be further reduced due to any cost of living increases payable under these Other Income Benefits.

**LUMP SUM PAYMENTS:** If Other Income Benefits are paid in a lump sum, the sum will be broken down to a monthly amount for the period of time the sum is payable. If no period of time is given, the sum will be broken down to a monthly amount for the period of time we expect the Insured to be disabled based on actuarial tables of disabled lives.

**TERMINATION OF MONTHLY BENEFIT:** The Monthly Benefit will stop on the earliest of:
   (1)   the date the Insured ceases to be Totally Disabled;
   (2)   the date the Insured dies;
   (3)   the Maximum Duration of Benefits, as shown on the Schedule of Benefits page, has ended; or
   (4)   the date the Insured fails to furnish the required proof of Total Disability.

**RECURRENT DISABILITY:** If, after a period of Total Disability for which benefits are payable, an Insured returns to Active Work for at least six (6) consecutive months, any recurrent Total Disability for the same or related cause will be part of a new period of Total Disability. A new Elimination Period must be completed before any further Monthly Benefits are payable.

If an Insured returns to Active Work for less than six (6) months, a recurrent Total Disability for a same or related cause will be part of the same Total Disability. A new Elimination Period is not required. Our liability for the entire period will be subject to the terms of this Policy for the original period of Total Disability.

This Recurrent Disability section will not apply to an Insured who becomes eligible for insurance coverage under any other group long term disability insurance plan.

## EXCLUSIONS

We will not pay a Monthly Benefit for any Total Disability caused by:

(1)  an act of war, declared or undeclared;

(2)  an intentionally self-inflicted Injury; or

(3)  an Injury or Sickness that occurs while the Insured is confined in any penal or correctional institution.

## LIMITATIONS

**MENTAL OR NERVOUS DISORDERS:** Monthly Benefits for Total Disability caused by or contributed to by mental or nervous disorders will not be payable beyond an aggregate lifetime maximum duration of twenty-four (24) months unless the Insured is in a Hospital or Institution at the end of the twenty-four (24) month period. The Monthly Benefit will be payable while so confined, but not beyond the Maximum Duration of Benefits.

If an Insured was confined in a Hospital or Institution and:
    (1)   Total Disability continues beyond discharge;
    (2)   the confinement was during a period of Total Disability; and
    (3)   the period of confinement was for at least fourteen (14) consecutive days;
then upon discharge, Monthly Benefits will be payable for the greater of:
    (1)   the unused portion of the twenty-four (24) month period; or
    (2)   ninety (90) days;
but in no event beyond the Maximum Duration of Benefits, as shown on the Schedule of Benefits page.

Mental or Nervous Disorders are defined to include disorders which are diagnosed to include a condition such as:
    (1)   bipolar disorder (manic depressive syndrome);
    (2)   schizophrenia;
    (3)   delusional (paranoid) disorders;
    (4)   psychotic disorders;
    (5)   depressive disorders;
    (6)   anxiety disorders;
    (7)   somatoform disorders (psychosomatic illness);
    (8)   eating disorders; or
    (9)   mental illness.

**SUBSTANCE ABUSE:** Monthly Benefits for Total Disability due to alcoholism or drug addiction will be payable while the Insured is a participant in a Substance Abuse Rehabilitation Program. The Monthly Benefit will not be payable beyond twenty-four (24) months.

If, during a period of Total Disability due to Substance Abuse for which a Monthly Benefit is payable, an Insured is able to perform Rehabilitative Employment, the Monthly Benefit, less 50% of any of the money received from this Rehabilitative Employment will be paid until: (1) the Insured is performing all the material duties of his/her regular occupation on a full-time basis; or (2) the end of twenty-four (24) consecutive months from the date that the Elimination Period is satisfied, whichever is earlier. All terms and conditions of the Rehabilitation Benefit will apply to Rehabilitative Employment due to Substance Abuse.

"Substance Abuse" means the pattern of pathological use of a Substance which is characterized by:
    (1)   impairments in social and/or occupational functioning;
    (2)   debilitating physical condition;
    (3)   inability to abstain from or reduce consumption of the Substance; or
    (4)   the need for daily Substance use for adequate functioning.

"Substance" means alcohol and those drugs included on the Department of Health, Retardation and Hospitals' Substance Abuse list of addictive drugs, except tobacco and caffeine are excluded.

A Substance Abuse Rehabilitation Program means a program supervised by a Physician or a licensed rehabilitation specialist approved by us.

**PRE-EXISTING CONDITIONS:** Benefits will not be paid for a Total Disability:
    (1)   caused by;
    (2)   contributed to by; or
    (3)   resulting from;
a Pre-existing Condition unless the Insured has been Actively at Work for one (1) full day following the end of 12 consecutive months from the date he/she became an Insured.

## SPECIFIC INDEMNITY BENEFIT

If the Insured suffers any one of the Losses listed below from an accident resulting in an Injury, we will pay a guaranteed minimum number of Monthly Benefit payments, as shown below. However:

    (1)   the Loss must occur within one hundred and eighty (180) days; and

    (2)   the Insured must live past the Elimination Period.

| For Loss of: | Number of Monthly Benefit Payments: |
|---|---|
| Both Hands | 46 months |
| Both Feet | 46 months |
| Entire Sight in Both Eyes | 46 months |
| Hearing in Both Ears | 46 months |
| Speech | 46 months |
| One Hand and One Foot | 46 months |
| One Hand and Entire Sight in One Eye | 46 months |
| One Foot and Entire Sight in One Eye | 46 months |
| One Arm | 46 months |
| One Leg | 35 months |
| One Hand | 35 months |
| One Foot | 23 months |
| Entire Sight in One Eye | 23 months |
| Hearing in One Ear | 15 months |
| | 15 months |

"Loss(es)" with respect to:

    (1)   hand or foot, means the complete severance through or above the wrist or ankle joint;

    (2)   arm or leg, means the complete severance through or above the elbow or knee joint; or

    (3)   sight, speech or hearing, means total and irrecoverable Loss thereof.

If more than one (1) Loss results from any one accident, payment will be made for the Loss for which the greatest number of Monthly Benefit payments is provided.

The amount payable is the Monthly Benefit, as shown on the Schedule of Benefits page, with no reduction from Other Income Benefits. The number of Monthly Benefit payments will not cease if the Insured returns to Active Work.

If death occurs after we begin paying Monthly Benefits, but before the Specific Indemnity Benefit has been paid according to the above schedule, the balance remaining at time of death will be paid to the Insured's estate, unless a beneficiary is on record with us under this Policy.

Benefits may be payable longer than shown above as long as the Insured is still Totally Disabled, subject to the Maximum Duration of Benefits, as shown on the Schedule of Benefits page.

## SURVIVOR BENEFIT — LUMP SUM

We will pay a benefit to an Insured's Survivor when we receive proof that the Insured died while:
    (1)   he/she was receiving Monthly Benefits from us; and
    (2)   he/she was Totally Disabled for at least one hundred and eighty (180) consecutive days.

The benefit will be an amount equal to 6 times the Insured's last Monthly Benefit. The last Monthly Benefit is the benefit the Insured was eligible to receive right before his/her death. It is not reduced by wages earned while in Rehabilitative Employment.

"Survivor" means an Insured's spouse. If the spouse dies before the Insured or if the Insured was legally separated, then the Insured's natural, legally adopted or step-children, who are under age twenty-five (25) will be the Survivor(s). If there are no eligible Survivors, payment will be made to the Insured's estate, unless a beneficiary is on record with us under this Policy.

A benefit payable to a minor may be paid to the minor's legally appointed guardian. If there is no guardian, at our option, we may pay the benefit to the adult that has, in our opinion, assumed the custody and main support of the minor. We will not be liable for any payment we have made in good faith.

# WORK INCENTIVE AND CHILD CARE BENEFITS

## WORK INCENTIVE BENEFIT

During the first twelve (12) months of Total Disability for which a Monthly Benefit is payable, we will not offset earnings from Rehabilitative Employment until the sum of:
   (1)   the Monthly Benefit prior to offsets with Other Income Benefits; and
   (2)   earnings from Rehabilitative Employment;
exceed 100% of the Insured's Covered Monthly Earnings. If the sum above exceeds 100% of Covered Monthly Earnings, our Benefit Amount will be reduced by such excess amount until the sum of (1) and (2) above equals 100%.

## CHILD CARE BENEFIT

We will allow a Child Care Benefit to an Insured if:
   (1)   the Insured is receiving benefits under the Work Incentive Benefit;
   (2)   the Insured's Child(ren) is (are) under 14 years of age;
   (3)   the child care is provided by a non-relative; and
   (4)   the charges for child care are documented by a receipt from the caregiver, including social security number or taxpayer identification number.
During the 12 month period in which the Insured is eligible for the Work Incentive Benefit, an amount equal to actual expenses incurred for child care, up to a maximum of $250.00 per month, will be added to the Insured's Covered Monthly Earnings when calculating the Benefit Amount under the Work Incentive Benefit.

Child(ren) means: the Insured's unmarried child(ren), including any foster child, adopted child or step child who resides in the Insured's home and is financially dependent on the Insured for support and maintenance.

## CONVERSION PRIVILEGE

If insurance ceases due to termination of employment, an Insured can use this privilege to convert to a Long Term Disability Policy currently made available by us for conversion.

The issuance of the conversion coverage is subject to the following conditions:

(1) An Insured must have been covered for a total of at least twelve (12) consecutive months under this Policy and/or another Group Long Term Disability Policy provided by you;

(2) Written application for conversion coverage must be made by the Insured within 31 days of termination of insurance under this Policy;

(3) The first premium must be paid within 31 days of termination of insurance under this Policy; and

(4) Evidence of Insurability is not required.

The MAXIMUM AMOUNT OF COVERAGE that an Insured can convert is equal to the lesser of:

(1) the Monthly Benefit for which the Insured would have been eligible at the time of conversion; and

(2) 60% of the Insured's Covered Monthly Earnings to a maximum of $3,500 per month.

Conversion is not available if:

(1) this Policy terminates; or

(2) this Policy is amended to exclude the eligible class of the Insured; or

(3) the Insured ceases to be a member of an eligible class; or

(4) the Insured retires or dies; or

(5) the Insured fails to pay the required premium when due; or

(6) the Insured is Totally Disabled under this Policy; or

(7) the Insured becomes covered under another Group Long Term Disability plan.

The conversion coverage will become effective on the day immediately following the date that insurance ceased under this Policy, provided that the Insured has applied and been approved for conversion coverage, and premium was paid within thirty-one (31) days of termination of insurance under this Policy.

The conversion coverage will remain inforce for twelve (12) months from the effective date of conversion, if the premium continues to be paid when due.

## FAMILY AND MEDICAL LEAVE OF ABSENCE BENEFIT

We will continue the Insured's coverage, for up to 12 weeks in a 12 month period, if he/she is eligible for, and you have approved, a Family and Medical Leave of Absence under the terms of the Family and Medical Leave Act of 1993 for any of the following reasons:

    (1)   To provide care after the birth of a son or daughter; or
    (2)   To provide care for a son or daughter upon legal adoption; or
    (3)   To provide care after the placement of a foster child in the Insured's home; or
    (4)   To provide care to a spouse, son, daughter, or parent due to serious illness; or
    (5)   To take care of his/her own serious health condition as explained below.

If the Insured, due to his/her own serious health condition, meets the definition of Total Disability as well as all other requirements in this Policy, he/she will be considered Totally Disabled and eligible to receive a Monthly Benefit. All premiums will be waived as long as he/she is receiving such Monthly Benefit. If the Insured, due to his/her own serious health condition, is working on a reduced leave schedule or an intermittent leave schedule, as described by the Family and Medical Leave Act of 1993, but is not considered Totally Disabled under this Policy, premium payments will be continued under this benefit.

The Insured will not qualify for the Family and Medical Leave of Absence Benefit unless we have received proof from you, in a form satisfactory to us, that the Insured has been granted a leave under the terms of the Family and Medical Leave Act of 1993. Such proof: (1) must outline the terms of the Insured's leave; and (2) give the date the leave is to begin; and (3) the date it is expected to end; and (4) must be received by us within five working days after the commencement of the Insured's leave.

If you grant the Insured a Family and Medical Leave of Absence, the following applies to the Insured who has been granted the leave:

    (1)   While the Insured is on an approved Family and Medical Leave of Absence, you will pay the required premium according to the terms specified in this Policy to keep the insurance in force.
    (2)   If the Insured becomes Totally Disabled while on a Family and Medical Leave of Absence, any Monthly Benefit which becomes payable will be based on the Insured's Covered Monthly Earnings received from you immediately prior to the date the leave commenced.
    (3)   Coverage will terminate for any Insured who does not return to work as scheduled according to the terms of his/her agreement with you. In no case will coverage be extended under this benefit beyond 12 weeks in a 12 month period. Insurance will not be terminated for an Insured who becomes Totally Disabled during the period of the leave and who is eligible for benefits according to the terms of this Policy.

All other terms and conditions of this Policy will remain in force while an Insured is on an approved Family and Medical Leave of Absence.

## REHABILITATION BENEFIT

"Rehabilitative Employment" means work in any gainful occupation for which the Insured's training, education or experience will reasonably allow. A Physician or licensed or certified rehabilitation specialist must certify that he/she can perform the duties associated with such employment. Rehabilitative Employment includes work performed while Partially Disabled, but does not include performing all the material duties of his/her regular occupation on a full-time basis.

If an Insured is receiving a Monthly Benefit because he/she is considered Totally Disabled under the terms of this Policy and is able to perform Rehabilitative Employment, we will continue to pay the Monthly Benefit less an amount equal to 50% of earnings received through such Rehabilitative Employment.

If an Insured is able to perform Rehabilitative Employment when Totally Disabled due to Substance Abuse, we will continue to pay the Monthly Benefit less an amount equal to 50% of earnings received through such Rehabilitative Employment. This Monthly Benefit is payable for a maximum of twenty-four (24) consecutive months from the date the Elimination Period is satisfied.

An Insured will be considered able to perform Rehabilitative Employment if a Physician or licensed or certified rehabilitation specialist certifies that he/she can perform the duties associated with such employment. If an Insured refuses such Rehabilitative Employment, or has been performing Rehabilitative Employment and refuses to continue such employment, the Monthly Benefit will be reduced by 50%, without regard to the Minimum Monthly Benefit.

## NOTICE TO POLICYHOLDERS/INSUREDS

We are here to serve you...

As our policyholder/insured, your satisfaction is very important to us.  Should you have a valid claim, we fully expect to provide a fair settlement in a timely fashion.

If you are not satisfied...

If you have any questions or complaints about your insurance, please write to our Director of Claims or Department of Consumer Relations at the following address, or call us using our toll-free telephone number.

**Reliance Standard Life Insurance Company**
**2501 Parkway**
**Philadelphia, PA 19130-2499**

**Toll-free telephone number: 1-800-644-1103**

If, after contacting us, you feel that your problem is not resolved or you are not being treated fairly, you may contact the California Department of Insurance by writing to them at the following address or using their toll-free telephone number.

**Consumer Services Division**
**State of California**
**Department of Insurance**
**300 South Spring Street**
**South Tower, Suite 201**
**Los Angeles, CA 90013**

**Toll-free Consumer Hotline in California: 1-800-927-HELP**
**Area codes 213, 310, and 818 and out-of-state: 1-213-897-8921**

LRS-8630-0595

AR 237

## CALIFORNIA LIFE AND HEALTH INSURANCE GUARANTEE ASSOCIATION ACT
### Summary Document and Disclaimer

Residents of California who purchase life and health insurance and annuities should know that the insurance companies licensed in this state to write these types of insurance are members of the California Life and Health Insurance Guarantee Association ("CLHIGA"). The purpose of this Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guarantee Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided through the Association is not unlimited, as noted in the box below, and is not a substitute for consumers' care in selecting insurers.

---

The California Life and Health Insurance Guarantee Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in California. You should not rely on coverage by the Association in selecting an insurance company or in selecting an insurance policy.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus.

Insurance companies or their agents are required by law to give or send you this notice. **However, insurance companies and their agents are prohibited by law from using the existence of the Guarantee Association to induce you to purchase any kind of insurance policy.**

Policyholders with additional questions should first contact their insurer or agent or may then contact:

California Life and Health Insurance Guarantee Association
P.O. Box 17319
Beverly Hills, CA 90209-3319

or

Consumer Service Division
California Department of Insurance
300 South Spring Street
Los Angeles, CA 90013

---

Below is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the Act or the rights or obligations of the Association.

## COVERAGE

Generally, individuals will be protected by the California Life and Health Insurance Guarantee Association if they live in this state and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by a member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

(please refer to next page)

LRS-8670-0496

AR 238

## EXCLUSIONS FROM COVERAGE

However, persons holding such policies are not protected by this Guarantee Association if:

- Their insurer was not authorized to do business in this state when it issued the policy or contract;

- Their policy was issued by a health care service plan (HMO), Blue Cross, Blue Shield, a charitable organization, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company, an insurance exchange, or a grants and annuities society;

- They are eligible for protection under the laws of another state. This may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state.

The Guarantee Association also does not provide coverage for:

- Unallocated annuity contracts; that is, contracts which are not issued to and owned by an individual and which guarantee rights to group contract holders, not individuals;

- Employer and association plans, to the extent they are self-funded or uninsured;

- Synthetic guaranteed interest contracts;

- Any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;

- Any policy of reinsurance unless an assumption certificate was issued;

- Interest rate yields that exceed an average rate;

- Any portion of a contract that provides dividends or experience rating credits.

**LIMITS ON AMOUNT OF COVERAGE** The Act limits the Association to pay benefits as follows:

### LIFE AND ANNUITY BENEFITS

- 80% of what the life insurance company would owe under a life policy or annuity contract up to

- $100,000 in cash surrender values,

- $100,000 in present value of annuities, or

- $250,000 in life insurance death benefits.

- A maximum of $250,000 for any one insured life no matter how many policies and contracts there were with the same company, even if the policies provided different types of coverages.

### HEALTH BENEFITS

- A maximum of $200,000 of the contractual obligations that the health insurance company would owe were it not insolvent. The maximum may increase or decrease annually based upon changes in the health care cost component of the consumer price index.

### PREMIUM SURCHARGE

Member insurers are required to recoup assessments paid to the Association by way of a surcharge on premiums charged for health insurance policies to which the Act applies.

LRS-8670-0496

AR 239