**EXHIBIT B**

**RELIANCE STANDARD**
Life Insurance Company

2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090
(267) 256-3500
(800) 351-7500

provisions, please refer to your LTD certificate of group insurance.

In addition, Reliance Standard Life Insurance Company offers various Rehabilitation services for eligible individuals. Our disability policy was developed to create a smooth and clear path from disability to gainful re-employment. In order to help you evaluate your options, please see the enclosed information for rehabilitation possibilities and policy provisions.

Should your disability or work status change, please notify us immediately. If you have any questions, please don't hesitate to contact us.

You may request a review of this determination by submitting your request in writing to:

> Reliance Standard Life Insurance Company
> Quality Review Unit
> P.O. Box 8330
> Philadelphia, PA 19101-8330

This written request for review must be submitted within 180 days of your receipt of this letter. Your request should state any reasons why you feel this determination is incorrect, and should include any written comments, documents, records, or other information relating to your claim for benefits. Only one review will be allowed, and your request must be submitted within 180 days of your receipt of this letter to be considered.

Under normal circumstances, you will be notified in writing of the final determination within 45 days of the date we receive your request for review. If we determine that special circumstances require an extension of time for processing, you will ordinarily be notified of the decision no later than 90 days of the date we receive your request for review.

We will, upon specific request and free of charge, provide copies of all documents, records, and/or other information relevant to your claim for benefits. We will also, upon specific request and free of charge, provide copies of any internal rule, guideline, protocol or other similar criterion (if any) relied upon in making this determination.

In the event that your claim is subject to the Employee Retirement Income Security Act of 1974 ("the Act"), you have the right to bring a civil action under section 502(a) of the Act following an adverse benefit determination on review. Your failure to request a review within the 180 days of your receipt of this letter may constitute a failure to exhaust the administrative remedies available under the Act, and may affect your ability to bring a civil action under the Act.

Sincerely,

Danielle Jackson, Examiner
Group Integrated Disability Claims Department

a *DELPHI* company

**RELIANCE STANDARD**
Life Insurance Company

2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090
(267) 256-3500
(800) 351-7500

Enclosure

a **DELPHI** company

**RELIANCE STANDARD**
Life Insurance Company

2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090
(267) 256-3500
(800) 351-7500

Because you are so important to us...

As Reliance Standard Life Insurance Company continues to provide you with Group Long Term Disability benefits, we periodically review new claims to determine if there is any way that we can provide you with further services that might enhance your present circumstances and improve your lifestyle. Our Disability Income programs have two goals. The first is to continue an employee's income during a period of disability and the second is to help return that person to work as soon as practical and medically feasible. Our concern about your progress applies not only to your medical and physical progress, but also to your ability to begin a vocational rehabilitative effort. Our vocational rehabilitation coordinator reviews disability income claim files to evaluate your ability to return to work depending upon the facts involved with your claim.

We want to familiarize you with services that are available, based on your situation, as part of your Group Long Term Disability policy's Comprehensive Rehabilitation Program.

- **Vocational Rehabilitation Assessment.** A vocational rehabilitation assessment is performed by our in-house staff. Some claimants may be referred to a vocational rehabilitation counselor for further assessment.

- **Social Security Assistance Program.** Depending on your circumstances, our in-house Social Security Specialist may assist you by providing the expertise necessary to guide you through the filling for Social Security awards.

- **Coordination of Medical Examinations.** We work closely with your attending physician and consult independent medical and vocational examiners, as needed, to encourage your rehabilitation.

- **Alternate Duty Utilization.** Sometimes a person can return to work almost immediately through the use of a temporary alternate duty program. We will work with your employer to identify employment alternatives.

- **Skills Identification.** If your disability prevents you from returning to your previous position, we will effectively analyze your skill capacities for occupational alternatives.

- **Worksite Modification Assistance.** We can explore the possibilities of worksite modifications. Depending on the facts and circumstances of your claim, we may offer our services and financial support, where worksite modification is a reasonable and appropriate alternative.

- **Job Search Assistance.** When it is not possible for you to return to work for your employer, our rehabilitation staff and the vocational counselor may work with you to seek a new position elsewhere commensurate with your abilities and your education, training, or experience.

a *DELPHI* company

**RELIANCE STANDARD**
Life Insurance Company

2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090
(267) 256-3500
(800) 351-7500

- **Educational Expenses.** When getting back to work starts by going back to school, our rehabilitation program may help with educational expenses for training in a new occupation.

We believe that your strong and positive work history has provided you with many skills desirable in today's work place. We know that due to your disability, you may be wondering about a return to employment at this time. However, employment provides a wide range of benefits far beyond that of financial remuneration and can widely affect the quality of life and individual experiences. The truth is, people look at work as more than a source of income - they enjoy being productive.

Our disability policy was developed to create a smooth and clear path from disability to gainful re-employment. In order to help you to evaluate your options and assist you on your path to re-employment, please contact your Reliance Standard Life claim examiner.

We would appreciate the opportunity to work with you.

a *DELPHI* company