1  Horace W. Green (SBN 115699)
   C. Mark Humbert (SBN 111093)
2  GREEN & HUMBERT
   220 Montgomery Street, Suite 438
3  San Francisco, California 94104
   Telephone: (415) 837-5433
4  Facsimile:  (415) 837-0127

5

6  Attorneys for Defendant
   RELIANCE STANDARD LIFE INSURANCE COMPANY

7

8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
   FREDERICK WRIGHT,                )
11                                   )
               Plaintiff,            ) Case No. C 08-00675 MHP
12                                   )
        v.                           ) NOTICE OF SETTLEMENT
13                                   )
   RELIANCE STANDARD LIFE            )
14 INSURANCE COMPANY and DOES 1      )
   through 50,                       )
15                                   )
               Defendant.            )
16 _____)

17

18        Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY, by and

19 through its counsel of record, hereby notifies the Court that a settlement was reached in

20 the above-captioned action at mediation on April 22, 2008.  The parties will file a

21 Stipulation and Order of Dismissal within thirty (30) days.  Accordingly, Defendant

22 requests that the May 5, 2008 Case Management Conference be taken off calendar,

23 and that this matter be placed on the Court's dismissal calendar.

24

25

26

27

28

| | | |
|---|---|---|
| 1 | DATED: April 24, 2008 | GREEN & HUMBERT |
| 2 | | |
| 3 | | By:    **/s/Horace W. Green** |
| | |        Horace W. Green |
| 4 | | Attorneys for Defendant |
| 5 | | RELIANCE STANDARD LIFE INSURANCE COMPANY |

(Lines 6–28 blank)