```
1  Horace W. Green (SBN 115699)
   C. Mark Humbert (SBN 111093)
2  GREEN & HUMBERT
   220 Montgomery Street, Suite 438
3  San Francisco, California 94104
   Telephone: (415) 837-5433
4  Facsimile:  (415) 837-0127

5
   Attorneys for Defendant
6  RELIANCE STANDARD LIFE INSURANCE COMPANY
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WRIGHT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY and DOES 1 through 50,<br><br>　　　　Defendant. | Case No. C 08-00675 MHP<br><br>**NOTICE OF SETTLEMENT**<br><br>and ORDER |

  Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY, by and through its counsel of record, hereby notifies the Court that a settlement was reached in the above-captioned action at mediation on April 22, 2008. The parties will file a Stipulation and Order of Dismissal within thirty (30) days. Accordingly, Defendant requests that the May 5, 2008 Case Management Conference be taken off calendar, and that this matter be placed on the Court's dismissal calendar.

1 | DATED: April 24, 2008

GREEN & HUMBERT

By: /s/Horace W. Green
Horace W. Green

Attorneys for Defendant
RELIANCE STANDARD LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Marilyn H. Patel

4/29/2008