GUY KORNBLUM & ASSOCIATES
ATTORNEYS

GUY O. KORNBLUM (39974)
MARIA T. MANNING (239830)
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898

Attorneys for Plaintiff
FREDERICK WRIGHT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FREDERICK WRIGHT, | NO. 3:08-cv-00675 MHP |
| Plaintiff, | **STIPULATION OF DISMISSAL and [PROPOSED] ORDER DISMISSING ACTION IN ITS ENTIRETY** |
| v. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY and DOES 1 THROUGH 50, inclusive, | |
| Defendants, | |
| AND RELATED COUNTERCLAIM | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1).

DATED: May 12, 2008.                    GUY KORNBLUM & ASSOCIATES

　　　　　　　　　　　　　　　　　　　　 /s/ Maria T. Manning_____
                                         MARIA T. MANNING
                                         Attorneys for Plaintiff

DATED: May 12, 2008.                    GREEN & HUMBERT

　　　　　　　　　　　　　　　　　　　　 /s/ Horace W. Green_____
                                         HORACE W. GREEN
                                         Attorneys for Defendant

Stipulation of Dismissal and [Proposed] Order, Case No. 3:08-cv-00675 MHP

**ORDER**

Pursuant to the agreement of the parties to dismiss the action in its entirety, the Court hereby orders the entire action dismissed with each party to bear its own costs. IT IS SO ORDERED.

DATED: 5/14/2008



THE HONORABLE MARILYN H. PATEL
United States District Judge

Stipulation of Dismissal and [Proposed] Order, Case No. 3:08-cv-00675 MHP